UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LINDSAY ASHBY,

                    Plaintiff,                             REPORT AND

     -against-                                  RECOMMENDATION
                                                            18 CV 5957 (KAM)(RML)

WORLD ENERGY FORUM,

                    Defendant.
-------------------------------------------------------X
LEVY, United States Magistrate Judge:

          Plaintiff *pro se* Lindsay Ashby ("plaintiff") commenced this action on October

22, 2018, asserting claims of unpaid wages and overtime.  (See Complaint, dated Oct. 19, 2018,

Dkt. No. 1.)  That same day, plaintiff filed a motion for leave to proceed *in forma pauperis*.  (See

Motion to Proceed *in forma pauperis*, filed Oct. 22, 2018, Dkt. No. 2.)  On November 27, 2018,

plaintiff's motion was denied because her declaration did not support a showing of indigency.

(See Memorandum & Order, dated Nov. 27, 2018, Dkt. No. 4.)  Plaintiff was ordered to pay the

$400 filing fee within fourteen (14) days to proceed with this action.  Id.

          On February 27, 2019, plaintiff paid the $400 filing fee, belatedly, and a

summons was issued by the Clerk of the Court.  On March 5, 2019, I issued an order advising

plaintiff that if service was not made upon defendant by May 28, 2019, or if plaintiff failed to

show good cause why such service was not made, I would issue a recommendation that this case

be dismissed without prejudice.  (See Order, dated Mar. 5, 2019, Dkt. No. 8.)  By letter dated

May 26, 2019 and received on June 18, 2019, plaintiff moved for a sixty-day extension of time to

serve defendant.  (See Motion for Extension of Time to Serve, filed June 18, 2019 ("Pl.'s Mot."),

Dkt. No. 9.)  On July 8, 2019, I granted plaintiff's motion.[1]  (See Order, dated July 8, 2019.)

To date, plaintiff has not filed proof of service or shown good cause why

defendant was not served.  I am therefore constrained to recommend that this case be dismissed

for failure to serve within the specified time.

Any objections to this Report and Recommendation must be filed with the Clerk

of the Court, with courtesy copies to the Honorable Kiyo A. Matsumoto, United States District

Judge, and to my chambers, within fourteen (14) days.  Failure to file objections within the

specified time waives the right to appeal the district court's order.  See 28 U.S.C. § 636(b)(1);

FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,


_____
       /s/
ROBERT M. LEVY
United States Magistrate Judge


Dated: Brooklyn, New York
       October 18, 2019

---

[1] Plaintiff's letter motion raises serious questions as to whether venue is proper in the Eastern District of New York and asks for guidance as to whether the case was brought in the proper judicial district.  (See Pl.'s Mot.)  In granting plaintiff's motion, I advised that the court cannot provide legal advice as to whether venue is proper and provided contact information for the Federal Pro Se Legal Assistance Project.  (See Order, dated July 8, 2019, Dkt. No. 10.)